UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION
Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

Defendant.

CIVIL ACTION No. 04 12009 MLW

**CORPORATE DISCLOSURE STATEMENT OF BIOGEN IDEC INC.**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), plaintiff Biogen Idec Inc. files this corporate disclosure statement.

Biogen Idec Inc. states that no corporation or publicly held company owns 10% or more of its stock.

Dated: September 17, 2004

BIOGEN IDEC INC.,

By its attorneys,

Donald R. Ware  BBO # 516260
Claire Laporte  BBO # 554979
Carla Miriam Levy BBO# 654212
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000