UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. |

**CORPORATE DISCLOSURE STATEMENT OF BIOGEN IDEC MA, INC.**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), plaintiff Biogen Idec MA, Inc. files this corporate disclosure statement.

Biogen Idec MA, Inc. states that it is a wholly owned subsidiary of Biogen Idec, Inc. No corporation or publicly held company owns 10% or more of Biogen Idec, Inc.'s stock.

Dated: September 17, 2004

BIOGEN IDEC MA, INC.,

By its attorneys,

Donald R. Ware  BBO # 516260
Claire Laporte  BBO # 554979
Carla Miriam Levy BBO# 654212
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000