UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. |

**CORPORATE DISCLOSURE STATEMENT OF GENZYME CORPORATION**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), plaintiff Genzyme Corporation files this corporate disclosure statement.

Genzyme Corporation states that no corporation or publicly held company owns 10% or more of its stock.

Dated: September 17, 2004

GENZYME CORPORATION.,

By its attorneys,

_____
Donald R. Ware   BBO # 516260
Claire Laporte   BBO # 554979
Carla Miriam Levy BBO# 654212
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000