UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-12009 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Carla Miriam Levy on behalf of plaintiffs Biogen Idec Inc., Biogen Idec MA Inc. and Genzyme Corporation in the above matter.

DATED:   September 21, 2004.

/s/  Carla M. Levy
Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
Eva Ogielska Zei (BBO #  655501)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000
Attorneys for BIOGEN IDEC MA INC.
   and GENZYME CORPORATION

FHBOSTON/1109012.1