# Exhibit A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


IN RE: COLUMBIA UNIVERSITY      )  CA 04-01592
                                )  Boston, MA
PATENT LITIGATION               )  September 9, 2004
                                )


BEFORE THE HONORABLE MARK L. WOLF
UNITED STATES DISTRICT JUDGE
TELEPHONE CONFERENCE


APPEARANCES:


(As previously noted.)










JUDITH A. TWOMEY, RPR
Official Court Reporter
One Courthouse Way
Courtroom 10-Room 5200
Boston, MA 02210
(617)946-2577

20

1  saying that I'm attempting to resurrect their case. I'm
2  talking about a pattern of misuse of a patent to obtain
3  financial gain that is -- was improper. And, only now,
4  after causing everyone to spend boat loads of money to
5  try to preserve these licenses, Columbia has decided to
6  change its mind about terminating licenses, evidently,
7  although we're not even sure about that. But there is
8  some pretty clear law that supports the proposition that
9  those fees that were incurred can be recovered as
10 damages, not merely as fees under these circumstances.
11         So those are the kinds of claims that we would
12 be supplementing our complaint to assert.
13         THE COURT: Well, you'd have to move for leave
14 to amend it, and then I'd have to decide if that's
15 contested and, if it's contested, whether the interests
16 of justice make it appropriate.
17         MR. WARE: Yes, I was only going to say it would
18 be -- I think there's a somewhat different standard for
19 supplementation as opposed to amending to bring to light
20 facts that occurred after the filing of the original
21 complaint. But, in any event, yes, that is certainly
22 true. The existing complaint, however, does have a count
23 in the complaint asking the court to determine that no
24 royalties would be owed on the '275 patent because that
25 patent is invalid.