UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 04-CV-12009 MLW |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM IN SUPPORT OF COLUMBIA UNIVERSITY'S
MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves for leave to file a Reply Memorandum in further support of its Motion to Dismiss. The Reply Memorandum has been filed concurrently herewith. Columbia believes that this Reply Memorandum will assist the Court in reaching a decision on the pending Motion. Among other things, it responds to plaintiffs' new contention that the duplicative claims in this new case are not asserted on behalf of Biogen Idec MA, Inc. and Genzyme Corporation. The plaintiffs have assented to Columbia's filing of this Reply Memorandum.

WHEREFORE, Columbia respectfully requests that the Court grant Columbia leave to file the Reply Memorandum, which is submitted herewith.

| | |
|---|---|
| October 19, 2004 | Respectfully submitted, |
| | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |
| | By its attorneys, |
| | /s/ David I.Gindler_____ <br> Morgan Chu <br> David I. Gindler <br> Jason G. Sheasby <br> Irell & Manella LLP <br> 1800 Ave of the Stars, Suite 900 <br> Los Angeles, CA 90067 <br> (310) 277-1010 <br> (310) 203-7199 (fax) |
| | Thomas F. Maffei (BBO # 313220) <br> Scott McConchie (BBO # 634127) <br> Griesinger, Tighe & Maffei, LLP <br> 176 Federal Street <br> Boston, MA 02210-2600 <br> (617) 542-9900 <br> (617) 542-0900 (fax) |

**Rule 7.1 Certificate**

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that, on October 18, 2004, I conferred in person with Claire Laporte, counsel for plaintiffs Biogen Idec Inc., Biogen Idec MA, Inc., and Genzyme Corporation, with respect to Columbia's desire to file a Reply Memorandum in support of its Motion to Dismiss. Ms. Laporte informed me that plaintiffs assent to the filing of a Reply Memorandum.

                                              /s/ David I. Gindler
                                              David I. Gindler