# EXHIBIT B



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Claire Laporte
Boston Office
617.832.1210
claporte@foleyhoag.com

October 13, 2004

BY ELECTRONIC CASE FILING

The Honorable Mark L. Wolf,
United States District Judge
United States District Court
1 Courthouse Way
Boston, MA 02210

    Re:    Biogen Idec, Inc. et al. v. The Trustees of Columbia University
             C.A. No. 04-CV-12009-MLW ("Biogen Idec Action")

             Biogen, Inc. et al. v. The Trustees of Columbia University
             C.A. No. 03-CV-11329-MLW ("Original Biogen Action")

Dear Judge Wolf:

    This letter responds on behalf of Biogen Idec, Inc., Biogen Idec MA, Inc., and Genzyme Corporation, plaintiffs in the Biogen Idec Action, to Columbia's letter to the Court of October 13, 2004 requesting that the Court "issue an order staying any further briefing on the motion to dismiss the [Biogen Idec Action] and the motion to consolidate the two actions until it rules on the jurisdictional issues raised by Columbia's covenant not to sue."

    Plaintiffs object to Columbia's having brought this motion to stay briefing in the form of a letter. Such a maneuver appears calculated to deprive plaintiffs of the opportunity to respond. Accordingly, plaintiffs respectfully request that the Court either deny Columbia's informal motion or permit plaintiffs to respond to it in the ordinary course under Local Rule 7.1(B)(2).

    Plaintiffs will not respond in detail to the contentions set forth in Columbia's informal letter brief, except to say that Columbia is completely wrong in asserting that a dismissal of claims in the Original Biogen Action would have any preclusive effect. Contrary to Columbia's contention, there are no "duplicative claims" filed in the Biogen Idec Action. The only claims in the Biogen Idec Action similar to the claims in the Original Biogen Action are claims brought on behalf of a new party not before the Court in the Original Biogen Action. All the other claims in the Biogen Idec Action are entirely distinct from the claims in the Original Biogen Action and

The Honorable Mark L. Wolf
October 13, 2004
Page 2

are predicated on facts occurring after the filing of the complaint in the Original Biogen Action.

In any event, plaintiffs ask that the Court not take action on Columbia's informal motion until they have had the opportunity to file a responsive brief.

Very truly yours,

Claire Laporte

CL:ct


cc:   David I. Gindler, Esq.
      Thomas F. Maffei, Esq.
      Marcus E. Sernel, Esq.
      Donald R. Ware, Esq.
      Mark A. Pals, Esq.