AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 NOV 30 P 2:38

DISTRICT COURT
DISTRICT OF MASS.

BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and
GENZYME CORPORATION

V.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 12009 MLW

TO:  THE TRUSTEES OF COLUMBIA UNIVERSITY
     IN THE CITY OF NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS (name and address)

> Donald R. Ware
> FOLEY HOAG, LLP
> 155 Seaport Blvd,
> Boston, MA  02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    SEP 20 2004
_____               _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*PRINT*) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                                Signature of Server

_____
Address of Server

I, DAVID GINDLER, counsel for defendant
The Trustees of Columbia University in the City of
New York, am authorized to accept service of the
complaint in this action on behalf of Columbia and
do hereby accept service. AS OF THE DATE WRITTEN BELOW

Dated: 11/29/04        _____
                                Name

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.