UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 04-CV-12009 MLW |

**ASSENTED-TO MOTION TO SET DATE FOR COLUMBIA UNIVERSITY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant The Trustees of Columbia University in the City of New York ("Columbia") moves the Court, pursuant to Federal Rule of Civil Procedure Rule 6(b), for an order extending Columbia's time to file and serve its response to the Amended Complaint.

Columbia accepted service of the original Complaint in this action on November 29, 2004. Plaintiffs filed an Amended Complaint on December 15, 2004. Columbia's response to the Amended Complaint is currently due on January 3, 2004. Columbia expects to file a motion to dismiss in response to the Amended Complaint.

In light of the coming holidays, Columbia respectfully requests that the Court extend the deadline for Columbia to respond to the Amended Complaint until January 14, 2004.

1228198

The Court has not previously granted any extensions of time in this case.

Dated:  December 24, 2004

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

/s/ David I. Gindler
Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Thomas F. Maffei (BBO# 313220)
Scott McConchie  (BBO# 634127)
Greisinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone:  (617) 542-9900
Facsimile:   (617) 542-0900

### Certification of Counsel

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that he conferred with counsel for plaintiffs on this motion and that counsel for plaintiffs assented to this motion.

/s/ David I. Gindler

Granted,

_____
Hon. Mark L. Wolf

1228198

- 2 -