UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　　Defendant. | Civil Action No. 04-CV-12009 MLW |

**COLUMBIA UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

Defendant The Trustees of Columbia University in the City of New York ("Columbia") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts, Columbia has no parent corporation nor is there any publicly held corporation that owns any interest in Columbia.

January 4, 2005                    Respectfully submitted,

　　　　　　　　　　　　　　　　　THE TRUSTEES OF COLUMBIA
　　　　　　　　　　　　　　　　　UNIVERSITY IN THE CITY OF NEW YORK


　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　 /s/ David I. Gindler_____
　　　　　　　　　　　　　　　　　David I. Gindler
　　　　　　　　　　　　　　　　　Irell & Manella LLP