UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>        Plaintiffs,<br>    v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>        Defendant. | Civil Action No. 04-CV-12009 MLW |

**DEFENDANT COLUMBIA UNIVERSITY'S MOTION TO DISMISS**

**[REQUEST FOR ORAL ARGUMENT]**

Dated: January 14, 2005

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

ATTORNEYS FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves this Court for an order dismissing claims in the Amended Complaint of plaintiffs Biogen Idec Inc., Biogen Idec MA, Inc., and Genzyme Corporation under Federal Rule of Civil Procedure 12(b).

The Motion seeks dismissal of the following claims under Rule 12(b)(1) on the grounds that the Court lacks subject matter jurisdiction:

Count IV:  Declaration of Invalidity of the '275 Patent;

Count V:  Declaration of Unenforceability of the '275 Patent for Prosecution Laches;

Count VI:  Declaration of Unenforceability of the '275 Patent for Inequitable Conduct; and

Count VII:  Declaration of Unenforceability Due to Patent Misuse.

The Motion seeks dismissal with prejudice and without leave to amend of the following claims under Rule 12(b)(6) for failure to state a claim upon which relief can be granted:

Count I:  Abuse of Process;

Count II:  Breach of Contract and Implied Covenant of Good Faith and Fair Dealing;

Count III:  Violation of Mass. Gen. Laws ch. 93A, § 11; and

Count VIII:  Declaration of Exceptional Case.

As an alternative to dismissal of Count III, the Motion seeks an order requiring plaintiffs to provide a more definite statement of Count III pursuant to Federal Rule of Civil Procedure 12(e).  In particular, Columbia requests that the Court order plaintiffs to identify the specific acts by Columbia that allegedly violate Mass. Gen. Laws ch. 93A, and the

specific damages each plaintiff has allegedly suffered as a result of these acts.  This information is not disclosed in the Amended Complaint.

The Motion is based on the concurrently filed Memorandum in Support of Motion to Dismiss, Declaration of Scot Hamilton in Support of Motion to Dismiss, and Request for Judicial Notice in Support of Motion to Dismiss and exhibits thereto, all documents on file with the Court, any other oral or documentary evidence as may be presented at the hearing on this motion, and such other matters of which the Court may properly take judicial notice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7-1(d), oral argument is hereby requested.

January 14, 2005

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

/s/ David I. Gindler_____
David I. Gindler
Irell & Manella LLP

## Certificate Of Compliance With Local Rule 7.1

I, David I. Gindler, hereby certify that on January 13, 2005, I conferred by telephone with counsel for plaintiffs, with respect to the issues raised in this motion, and that we were unable to resolve them.

/s/ David I. Gindler_____
David I. Gindler
Irell & Manella LLP

1240118

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12009 MLW |

## [PROPOSED] ORDER

This matter having come before the Court upon the motion of Defendant The Trustees of Columbia University in the City of New York for an order dismissing claims in plaintiffs' Amended Complaint with prejudice and without leave to amend, it is hereby ORDERED as follows:

1. The Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) is GRANTED. The following claims are hereby dismissed for lack of subject matter jurisdiction:

- Count IV:  Declaration of Invalidity of the '275 Patent;

- Count V:  Declaration of Unenforceability of the '275 Patent for Prosecution Laches;

- Count VI:  Declaration of Unenforceability of the '275 Patent for Inequitable Conduct;

- Count VII:  Declaration of Unenforceability Due to Patent Misuse.

2. The Motion to Dismiss with prejudice and without leave to amend under Federal Rule of Civil Procedure 12(b)(6) is GRANTED.  The following claims are hereby dismissed for failure to state a claim upon which relief can be granted:

1240118

- 3 -

- 4 -

- Count I:  Abuse of Process;

- Count II:  Breach of Contract for Wrongful Termination;

- Count II: Breach of Section 2(b);

- Count II: Breach of Implied Covenant of Good Faith and Fair Dealing;

- Count III:  Violation of Mass. Gen. Laws ch. 93A, § 11;

- Count VIII:  Declaration of Exceptional Case.

_____
Honorable Mark L. Wolf
United States District Judge

Boston, Massachusetts

Dated:

1240118