UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12009 MLW |

**COLUMBIA UNIVERSITY'S ASSENTED-TO MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant The Trustees of Columbia University in the City of New York ("Columbia") respectfully seeks leave to file an overlength memorandum in support of its Motion to Dismiss. The additional pages are necessary to provide a comprehensive and thoughtful explanation of the reasons that substantially all of the eight claims for relief set forth in the Amended Complaint should be dismissed. A shorter memorandum would unnecessarily truncate the discussion of important issues, such as the application of the *Noerr-Pennington* doctrine to plaintiffs' alleged claim under Mass. Gen. Laws. c. 93A.

January 14, 2005

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

 /s/ David I. Gindler
David I. Gindler
Irell & Manella LLP

**CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that, on January 12, 2004, counsel for Columbia conferred with counsel for plaintiffs, who have assented to this motion.


_____/s/ David I. Gindler_____
David I. Gindler