UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>Plaintiffs,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 04-CV-12009 MLW |

**DECLARATION OF SCOT HAMILTON IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO DISMISS**

I, Scot Hamilton, declare as follows:

1. I am the Senior Director of the Columbia University Office of Science and Technology Ventures. I have been employed at Columbia University since June 1, 1994. I have been involved in the licensing of the patents and applications that claim priority to or relate to United States Application No. 06/124,513, which include United States Patent No. 6,455,275 (the "'275 patent"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Columbia has never requested that Biogen Idec Inc. take a license to the '275 patent.

1228834

- 1 -

3. Columbia has never accused Biogen Idec Inc. of infringing the '275 patent.

Executed on January 13, 2005, at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                  _____
                                                                     Scot Hamilton