UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　　Defendant. | Civil Action No. 04-CV-12009 MLW |

**REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO DISMISS**

Dated: January 14, 2005

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

ATTORNEYS FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

The Trustees of Columbia University in the City of New York ("Columbia"), by and through its attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents.

1. Attached as Exhibit A is an order denying transfer entered by Judge Pfaelzer on November 13, 2003 in *Immunex Corp. and Amgen Inc. v. Trustees of Columbia University in the City of New York*, No. 03-CV-4349 MRP (CWx) (C.D. Cal.) ("Amgen case"). That case was subsequently transferred to this Court as part of the related multidistrict litigation captioned *In re Columbia University Patent Litigation*, MDL No. 1592, becoming Case No. 04-CV-10740 MLW.

2. Attached as Exhibit B is "Columbia University's Motion to Transfer Pursuant to 28 U.S.C. § 1407," dated November 25, 2003, filed with the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Columbia University Patent Litigation*, MDL No. 1592.

3. Attached as Exhibit C is an order entered by this Court on September 10, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592.

4. Attached as Exhibit D is an order staying discovery entered by Judge Walker on December 2, 2003 in *Genentech, Inc. v. Trustees of Columbia University in the City of New York*, No. 03-CV-1603 VRW (N.D. Cal.) ("Genentech case"). That case was subsequently transferred to this Court as part of the related multidistrict litigation captioned *In re Columbia University Patent Litigation*, MDL No. 1592, becoming Case No. 04-CV-10741 MLW.

5. Attached as Exhibit E are selected pages from Amgen and Immunex's "*Ex Parte* Application For Order (i) To Require Columbia To Comply With Its Rule 26

Obligations, (ii) That Formal Discovery May Commence, and (iii) That Amgen's Written Discovery Is Timely, Valid and Proper; Declaration of Jennie L. La Prade," dated March 19, 2004, filed in the Amgen case.

6.   Attached as Exhibit F is an order staying discovery and denying plaintiffs' *ex parte* application entered by Judge Pfaelzer on March 25, 2004 in the Amgen case.

7.   Attached as Exhibit G are selected pages from the transcript of the hearing before this Court on June 22, 2004, in *Biogen, Inc., Genzyme Corporation, and Abbott Bioresearch Center, Inc. v. Trustees of Columbia University in the City of New York*, No. 03-CV-11329 MLW ("Biogen I"), part of *In re Columbia University Patent Litigation*, MDL No. 1592.

8.   Attached as Exhibit H are selected pages from the transcript of the hearing before this Court on October 6, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592.

9.   Attached as Exhibit I are selected pages from the transcript of the hearing before this Court on September 9, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592.

10.  Attached as Exhibit J is the Letter from Charles Miller, Assistant Secretary for Health, Department of Health and Human Services, to Paul A. Marks, Vice President for Health Sciences, Columbia University, dated February 24, 1981. This letter is reference as Appendix A to the License Agreements attached hereto as Exhibit M and P.

11.  Attached as Exhibit K is "Columbia University's Amended and Restated Covenant Not to Sue Plaintiffs for Infringement of the '275 Patent," filed with this Court on October 12, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592.

12.     Attached as Exhibit L is the "Opposition of Biogen Idec MA Inc. and Genzyme Corporation to Columbia University's Motion to Dismiss," filed with this Court on September 22, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

13.     Attached as Exhibit M is the License Agreement between Columbia and Biogen, Inc.  The License Agreement is referenced throughout the Amended Complaint, *see* Amended Complaint at ¶¶ 9, 11, 28-31, 33-35, 78-79, 81-83, and the Amended Complaint's factual allegations are admittedly dependent on it.

14.     Attached as Exhibit N are selected pages from Amgen and Immunex's "Second Amended Complaint for Declaratory and Injunctive Relief Re: Contract Rights, Invalidity, Unenforceability and Non-infringement of U.S. Patent No. 6,455,275," filed in the Amgen case.

15.     Attached as Exhibit O are selected pages from Wyeth and Genetics Institute LLC's "Complaint for Declaratory Judgment and Injunctive Relief," filed with this Court in *Wyeth and Genetics Institute LLC v. Trustees of Columbia Univ.*, No. 03-CV-11570 MLW, part of *In re Columbia University Patent Litigation*, MDL No. 1592.

16.     Attached as Exhibit P is the License Agreement between Columbia and Genzyme Corporation.  The License Agreement is referenced throughout the Amended Complaint, *see* Amended Complaint at ¶¶ 9, 11, 28-31, 33-35, 78-79, 81-83, and the Amended Complaint's factual allegations are admittedly dependent on it.

17.     Attached as Exhibit Q is the "Expert Report of Professor Francis H. Ruddle Submitted on Behalf of The Trustees of Columbia University in the City of New York." Amgen and Immunex attached the report as Exhibit G to their "Memorandum of Plaintiffs Amgen Inc. and Immunex Corporation in Opposition to Columbia University's 'Emergency

Motion to Dismiss for Lack of Subject Matter Jurisdiction,'" filed with this Court in the Amgen case on September 22, 2004.

18.     Attached as Exhibit R is the "Rebuttal Expert Report of Professor Francis H. Ruddle Submitted on Behalf of The Trustees of Columbia University in the City of New York."  Amgen and Immunex attached the report as Exhibit H to their "Memorandum of Plaintiffs Amgen Inc. and Immunex Corporation in Opposition to Columbia University's 'Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction,'" filed with this Court in the Amgen case on September 22, 2004.

19.     Attached as Exhibit S is the Biography of Dr. Harvey F. Lodish, available at the Lodish Lab website at http://www.wi.mit.edu/lodish/pub/people/profiles/HarveyProfile.html.

20.     Attached as Exhibit T is an order terminating plaintiff's motion entered by Judge Walker on December 17, 2003 in the Genentech case.

21.     Attached as Exhibit U is the Letter from Scot Hamilton, Senior Director, Columbia University Science and Technology Ventures, to Vice President, Marketing, Biogen, Inc., dated October 15, 2002.  Biogen and Genzyme attached this letter as Tab 5 to the "Appendix in Support of the Memorandum of Law in Support of the Joint Motion by Plaintiffs Biogen Idec MA Inc. and Genzyme Corporation for a Temporary Restraining Order and a Preliminary Injunction," filed with this Court on April 7, 2004, in Biogen I.

22.     Attached as Exhibit V is the Letter from Scot Hamilton, Senior Director, Columbia University Science and Technology Ventures, to Vice President and General Counsel, Genzyme Corporation, dated October 15, 2002.  Biogen and Genzyme attached this letter as Tab 7 to the "Appendix in Support of the Memorandum of Law in Support of the Joint Motion by Plaintiffs Biogen Idec MA Inc. and Genzyme Corporation for a

- 5 -

Temporary Restraining Order and a Preliminary Injunction," filed with this Court on April 7, 2004, in Biogen I.

23.     Attached as Exhibit W is the Letter from Michael J. Cleare, Executive Director, Science and Technology Ventures, to Vice President, Marketing, Biogen, Inc., dated March 9, 2004.  Biogen and Genzyme attached this letter as Tab 6 to the "Appendix in Support of the Memorandum of Law in Support of the Joint Motion by Plaintiffs Biogen Idec MA Inc. and Genzyme Corporation for a Temporary Restraining Order and a Preliminary Injunction," filed with this Court on April 7, 2004, in Biogen I.

24.     Attached as Exhibit X is the Letter from Michael J. Cleare, Executive Director, Science and Technology Ventures, to Vice President and General Counsel, Genzyme Corporation, dated March 9, 2004.  Biogen and Genzyme attached this letter as Tab 8 to the "Appendix in Support of the Memorandum of Law in Support of the Joint Motion by Plaintiffs Biogen Idec MA Inc. and Genzyme Corporation for a Temporary Restraining Order and a Preliminary Injunction," filed with this Court on April 7, 2004, in Biogen I.

25. Attached as Exhibit Y is an order entered by this Court on May 27, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592.

<div style="display:flex; justify-content:space-between;">
<div>January 14, 2005</div>
<div>Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK


By its attorneys,

/s/ David I. Gindler
David I. Gindler
Irell & Manella LLP</div>
</div>