# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

File No. CV-03-04349 MRP                                DATE: 11/12/03

Title: Immunex Corporation and Amgen Inc. v. The Trustees of Columbia University

---

PRESENT:    HON. MARIANA R. PFAELZER, Judge

            Vangelina Pina, Deputy Clerk

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

       N/A                                          N/A

PROCEEDINGS:

    On October 27, 2003, Defendant Trustees of Columbia University ("Columbia") filed a Motion to Transfer Venue seeking to transfer this action to the Northern District of California. The hearing on this motion is scheduled for November 17, 2003 at 10:00am.

    The Court has read and considered Columbia's Notice of Motion and Motion to Transfer, Memorandum of Points and Authorities in Support of Defendant's Motion to Transfer, Proposed Order Granting Motion to Transfer, and the Declarations of David Gindler and Dohoang T. Duong in support of the Motion to Transfer. Each of these documents was filed or lodged on October 27, 2003. The Court has read and considered the Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Columbia's Motion to Transfer Venue, the Declaration of Jennie L. La Prade in Support of Plaintiffs Immunex Corporation's and Amgen Inc.'s Opposition to Defendant Columbia's Motion to Transfer Venue, and the Plaintiffs' Request for Judicial Notice in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue. Each of these documents was filed on November 3, 2003. The Court has also read and considered Defendant's Reply brief and the Supplemental Declaration of David Gindler which were filed November 10, 2003.

    Having read and considered the documents listed above, the Court does not feel that oral argument is necessary in this matter. The Defendant's Motion to Transfer Venue is DENIED.

ENTERED ON ICMS
NOV 1 3 2003
CV

Initials of Deputy Clerk: