# EXHIBIT C

                        UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS

                                        )
IN RE: COLUMBIA UNIVERSITY              )    MDL NO. 1592
PATENT LITIGATION                       )
                                        )

                                   ORDER

WOLF, D.J.                                         September 10, 2004

    On September 1, 2004, the Trustees of Columbia University in the City of New York ("Columbia") filed a Covenant Not to Sue Plaintiffs for Infringement of U.S. Patent No. 6,455,275 As It Presently Reads for Products Made, Used or Sold on or Before the Date of This Covenant (the "Covenant"). On September 2, 2004, Columbia filed an Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Emergency Motion") and a letter requesting that the Emergency Motion receive expedited consideration.

    On September 3, 2004, the court ordered that the parties confer to discuss the Covenant and the Emergency Motion and to report the results of such discussions to the court before 4:00 p.m. on September 8, 2004 in anticipation of a telephone conference to be held at 11:00 a.m. on September 9, 2004. For the reasons described in that telephone conference, it is hereby ORDERED that:

    1. Counsel for the parties shall confer to: (a) clarify issues concerning the scope of the Covenant and the status of the license agreements Columbia entered into with the respective

plaintiffs and (b) discuss the possibility of settlement of this case.

    2. Counsel for the parties shall, by 12:00 p.m. on September 20, 2004, file a written report, jointly to the extent possible, indicating: (a) to what extent, if any, counsel for the parties were able to clarify the scope of the Covenant and the status of the license agreements and (b) whether they have agreed to a settlement of any or all of these cases.

    3. Plaintiffs shall file a response to the Emergency Motion by September 22, 2004.

    4. Columbia shall file a reply to the Plaintiffs' response by September 28, 2004.

    5. A hearing on the Emergency Motion shall be held on October 6, 2004 at 10:00 a.m.

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE