# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC,                                No C 03-1603 VRW

    Plaintiff,                              ORDER

    v

TRUSTEES OF COLUMBIA UNIVERSITY

OF THE CITY OF NEW YORK,

    Defendant.

_____/

    The court has received letters from the parties. Doc ## 16-17. Defendant has also filed a notice with the court of its motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer a number of cases to this court for consolidated pretrial proceedings under 28 USC § 1407. Doc # 20.

    The court finds it appropriate to stay discovery in this case for such time as the JPML has pending motions regarding this litigation. See <u>Mediterranean Enterprises, Inc v Syangyoung Corp</u>, 708 F2d 1458, 1465 (9th Cir 1983) (holding that

a "trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case").

IT IS SO ORDERED.

Date: 12/2/2003          /S/
                         VAUGHN R WALKER
                         United States District Judge