# EXHIBIT F

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER, LLP |
| 2 | Wayne M. Barsky, SBN 116731 |
| | Kevin S. Rosen, SBN 133304 |
| 3 | DoHoang T. Duong, SBN 219127 |
| | 2029 Century Park East, Suite 4000 |
| 4 | Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 552-8500 |
| | Facsimile: (310) 557-8741 |
| 6 | Attorneys for Defendant and Counterclaimant, |
| 7 | The Trustees Of Columbia University In The City Of New York |

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ✓

FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 12 | IMMUNEX CORPORATION, a Washington corporation, and AMGEN, INC., a Delaware corporation, | Case No. CV 03-4349-MRP(CWx) |
| 13 | | [PROPOSED] ORDER STAYING DISCOVERY AND DENYING AMGEN'S *EX PARTE* APPLICATION |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation, | |
| 17 | | |
| 18 | Defendant. | |
| 19 | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation, | |
| 20 | | |
| 21 | Counterclaimant, | |
| 22 | vs. | |
| 23 | IMMUNEX CORPORATION, a Washington corporation, and AMGEN, INC., a Delaware corporation, | |
| 24 | | |
| 25 | Counterdefendants. | |

DOCKETED ON CM
MAR 26 2004
BY _____ 013

LODGED 2004 MAR 24 PM 2:02

68

1

1   The Court has before it a request for a status conference from defendant and
2   counterclaimant, The Trustees of Columbia University in the City of New York
3   ("Columbia") (filed March 19, 2004). Columbia suggests that the Court conduct a
4   status conference to consider staying discovery in this matter pending a ruling by the
5   Judicial Panel on Multidistrict Litigation (the "MDL Panel") on Columbia's petition
6   for consolidated pre-trial proceedings.
7   　　The Court also has before it, from plaintiffs and counterdefendants Immunex
8   Corporation and Amgen, Inc. (collectively, "Amgen"), an *Ex Parte* Application For
9   Order (i) To Require Columbia To Comply With Its Rule 26 Obligations, (ii) That
10  Formal Discovery May Commence, and (iii) That Amgen's Written Discovery Is
11  Timely, Valid and Proper (the "*Ex Parte* Application).
12  　　The Court conducted a telephonic conference with counsel for all parties on
13  March 22, 2004. Amgen was represented at the hearing by Arthur Wineburg and
14  Jennie L. La Prade of Pillsbury Winthrop. Columbia was represented by Wayne
15  Barsky of Gibson, Dunn & Crutcher.
16  　　The Court finds that, in view of Columbia's pending petition before the MDL
17  Panel, oral argument on which is set for March 23, 2004, there is good cause to stay
18  discovery in this action. Accordingly, the Court ORDERS as follows:
19  　　1. All discovery in this action shall be held in abeyance pending a ruling by the
20  MDL Panel on Columbia's pending petition for consolidated pre-trial proceedings.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2. Amgen's *Ex Parte* Application is DENIED.

Dated: March 25, 2004

Honorable Mariana R. Pfaelzer
United States District Judge

Submitted by:

GIBSON, DUNN & CRUTCHER, LLP
Wayne M. Barsky
Kevin S. Rosen
DoHoang T. Duong


By: _____
      Wayne M. Barsky

Attorneys for Defendant and Counterclaimant,
The Trustees Of Columbia University
In The City Of New York

20170787_1.DOC

3