# EXHIBIT N

1  ARTHUR WINEBURG, *pro hac vice*
   PILLSBURY WINTHROP LLP
2  1133 Connecticut Avenue, N.W.
   Washington, D.C. 20036
3  Telephone: (202) 775-9800
   Facsimile: (202) 833-8491
4
   KIRKE M. HASSON #61446
5  PILLSBURY WINTHROP LLP
   50 Fremont Street
6  Post Office Box 7880
   San Francisco, CA 94120-7880
7  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
8
   JENNIE L. LA PRADE #82224
9  VICKI G. NORTON #175067
   PILLSBURY WINTHROP LLP
10 725 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-5406
11 Telephone: (213) 488-7100
   Facsimile: (213) 629-1033
12
   Attorneys for Plaintiffs
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Immunex Corporation, a Washington corporation, and Amgen Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>The Trustees of Columbia University in the City of New York, a New York corporation,<br><br>Defendant. | No. CV 03-4349MRP(CWx)<br><br>SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF RE: CONTRACT RIGHTS, INVALIDITY, UNENFORCEABILITY AND NON-INFRINGEMENT OF U.S. PATENT NO. 6, 455, 275 |

    For their Complaint, Plaintiffs Immunex Corporation ("Immunex") and Amgen Inc. ("Amgen") aver as follows:

- 1 -

10769051v2

1  terminally disclaimed. As a result, enforcement of the '275 patent would be
2  harmful and prejudicial to the public, including Plaintiffs.
3     79.   Because of, in part, the unenforceability of the '275 patent due to
4  prosecution laches, Plaintiffs desire a judicial determination and declaration that
5  they do not owe the royalties and fees claimed by Columbia.
6     80.   Plaintiffs, therefore, respectfully seek judgment as hereinafter set
7  forth.

8  **FIFTH CLAIM FOR RELIEF**
9  **Declaratory Judgment that Amgen and Immunex Have No Contractual**
10 **Royalty Obligations Because the '275 Patent Is Unenforceable By Reason**
11 **of Patent Misuse**
12 **(28 U.S.C. § 2201)**

13    81.   Plaintiffs repeat, incorporate and reallege the allegations contained in
14 paragraphs 1- 80, inclusive, as if fully set forth herein.
15    82.   The '275 patent is additionally unenforceable because Columbia
16 sought unlawfully to extend its patent monopoly by claiming royalties not only for
17 the period of the patent, but also for the period from August 16, 2000 through
18 September 24, 2002, after the '216, '665, and '017 patents had expired, and before
19 the '275 patent issued.
20    83.   Because of the unenforceability of the '275 patent due to patent
21 misuse, Plaintiffs desire a judicial determination and declaration that Plaintiffs do
22 not owe the royalties and fees claimed by Columbia.
23    84.   Plaintiffs, therefore, respectfully seek judgment as hereinafter set
24 forth.
25
26
27
28

10769051v2