# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC,                                    No C 03-1603 VRW

        Plaintiff,                              ORDER

        v

TRUSTEES OF COLUMBIA UNIVERSITY

OF THE CITY OF NEW YORK,

        Defendant.

_____/

      On December 2, 2003, the court stayed discovery in this case "for such time as the JPML [Judicial Panel on Multidistrict Litigation] has pending motions regarding this litigation." Doc # 22.  On December 10, 2003, plaintiff filed a motion with the court seeking various relief.  Doc # 25.

      The court finds that a stay on all pre-trial procedures is appropriate for the same reasons that the court stayed discovery.  See Doc # 22.  Accordingly, the court hereby TERMINATES plaintiff's motion as an administrative matter.  The

//

42

parties are DIRECTED to keep the court apprised of any
developments in the JPML proceedings.

IT IS SO ORDERED.

_____

VAUGHN R WALKER

United States District Judge