# EXHIBIT U

07/29/03  13:16 FAX                                                                                                      ☒002

**COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES**

October 15, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Biogen, Inc.
Fourteen Cambridge Center
Cambridge, Massachusetts 02412
ATTN: Vice President, Marketing

> BIOGEN, INC. - IP DEPT
> OCT 28 2002
> REFERRED TO RGA (?)
> NOTED BY

Re: December 1993 License Agreement Relating to
U.S. Patent No. 4,399,216 et al.

Dear Sir or Madam:

We are pleased to advise you that U.S. Patent No. 6,455,275 B1 issued on September 24, 2002 as part of the Licensed Patent Rights under which you are licensed. For your convenience we enclose a copy of this patent.

Sincerely,

Scot Hamilton
Senior Director

Enclosure

Cc:  General Counsel
     Biogen, Inc.

Mail Code 2206 • Engineering Terrace, Suite 363 • 500 West 120th Street • New York, NY 10027 • 212.854.8444 phone • 212.854.8463 fax • www.ciesty.columbia.edu

*Science and Technology Ventures is a unit of CIE: Columbia Innovation Enterprises*