# EXHIBIT V

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES

October 15, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Genzyme Corporation
One Kendall Square
Cambridge, MA 02139-1562
ATTN: Vice President, General Counsel

        Re: February 1994 License Agreement Relating to
            U.S. Patent No. 4,399,216 et al.

Dear Sir or Madam:

We are pleased to advise you that U.S. Patent No. 6,455,275 B1 issued on September 24, 2002 as part of the Licensed Patent Rights under which you are licensed. For your convenience we enclose a copy of this patent.

                      Sincerely,

                      Scot Hamilton
                      Senior Director

Enclosure

Mail Code 2206 • Engineering Terrace, Suite 363 • 500 West 120th Street • New York, NY 10027 • 212.854.8444 phone • 212.854.8463 fax • www.ciestv.columbia.edu

*Science and Technology Ventures is a unit of CIE: Columbia Innovation Enterprises.*