# EXHIBIT X

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142
Attn:   Vice President
        General Counsel

   Re:   Notice of Material Breach of License Agreement

Dear Sir or Madam:

   Pursuant to Section 5(b) of the license agreement dated February 1994, between Columbia and Genzyme Corporation, Columbia hereby gives notice that Genzyme is in material breach of its obligations under this agreement.

   Columbia is terminating the license agreement based on the following material breaches by Genzyme:  (1) failing to pay all royalties due on Licensed Products manufactured on or after September 24, 2002, the date on which United States Patent No. 6,455,275 was issued; (2) failing to provide required reports for such unpaid royalties. Accordingly, this agreement shall terminate in sixty days, unless Genzyme cures its material breach within that time frame.

   This letter identifies only those material breaches based on which Columbia is terminating the license agreement.  Nothing contained herein is intended to be, nor should be construed as, a waiver or modification of any of Columbia's rights to seek all appropriate relief for any breach of the parties' license agreement not set forth in this letter.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1065228