# EXHIBIT Y

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                          )
IN RE: COLUMBIA UNIVERSITY )    .    MDL NO. 1592
PATENT LITIGATION          )
                          )
```

ORDER

WOLF, D.J.                                    May 27, 2004

A conference would be helpful in order to provide the parties
with an opportunity to educate the court about the issues presented
by this multi-district litigation and to establish a schedule to
begin addressing those issues.  Currently, a hearing is scheduled
for June 18, 2004, at 9:30 a.m. on the plaintiffs' motion for
preliminary injunction in Biogen, Inc. et al. v. The Trustees of
Columbia University in the City of New York, C.A. No. 03-11329.
However, the court is beginning a criminal trial on June 14, 2004
that may continue through June 18, 2004.  Therefore, the hearing in
Biogen is being postponed until the following Tuesday, June 22,
2004, at 9:30 a.m.  Since counsel for Columbia University will be
in Boston for that hearing, the court will conduct a scheduling
conference later that day.

The court is ordering the parties to confer and file a joint
report on the issues and outstanding matters in this multi-district
litigation.  Among other things, the parties shall address the
implications, if any, of the decision of the United States Patent
and Trademark Office to re-examine U.S. Patent No. 6,455,275.  See
App. No. 90/006,953.

Accordingly, it is hereby ORDERED that:

1.    The hearing on plaintiffs' motion for a preliminary injunction in <u>Biogen, Inc. et al. v. The Trustees of Columbia University in the City of New York</u>, C.A. No. 03-11329, scheduled for June 18, 2004, is RESCHEDULED for June 22, 2004, at 9:30 a.m.

2.    A conference will be held on June 22, 2004, at 1:00 p.m. Unless excused upon motion, lead counsel for all parties in all cases shall attend.

3.    The parties in all cases shall confer and, by June 15, 2004, report on: (a) each pending motion and, if a hearing has been requested, how much time may be needed for it; (b) the issues that are common to two or more cases; (c) the issues that are unique to particular cases; (d) the implications, if any, of the United States Patent and Trademark Office's decision to re-examine U.S. Patent No. 6,455,275; (e) to the extent possible, a proposed pretrial schedule that includes a plan for discovery and addresses the issues in the court's standard Scheduling Order, which is attached hereto as Exhibit 1;[1] (f) the prospects of settling these cases and anything that might contribute to achieving a settlement agreement; and (g) any other issues that the parties believe that it would be helpful to discuss at the conference, including suggestions to facilitate both an informed and efficient resolution

---

[1]If there are disputes, the parties' respective positions shall be succinctly stated.

2

of these cases.

4.    Each party shall, by June 15, 2004, file certifications signed by counsel and by an authorized representative of each party affirming that each party and that party's counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the Local Rules for the United States District Court for the District of Massachusetts.

5.    The court's Standing Order Re: Electronic Case Filing is attached hereto as Exhibit 2.  Filings may be made pursuant to that Order.  The parties shall be prepared to address at the June 22, 2004 conference whether the court should require electronic filing of all documents permitted to be filed electronically pursuant to that Order.

_____/s/ Mark L. Wolf_____
UNITED STATES DISTRICT JUDGE
