UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12009-MLW |

**ASSENTED-TO MOTION TO EXTEND TIME
FOR PLAINTIFFS' OPPOSITION TO COLUMBIA UNIVERSITY'S
MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Biogen Idec Inc., Biogen Idec MA, Inc., and Genzyme Corporation respectfully request an extension of time to respond to (1) Columbia University's Motion to Dismiss [Court's Docket No. 17] and (2) Request for Judicial Notice [Court's Docket No. 20]. Plaintiffs' oppositions are currently due on January 28, 2005.

Plaintiffs seek additional time to respond because of the complexity of Columbia's motion to dismiss and the 43-page brief that accompanies it. Plaintiffs must also oppose Columbia's Request for Judicial Notice. Accordingly, plaintiffs respectfully request that the deadline for their oppositions be extended by two weeks, to February 11, 2005.

Dated: January 26, 2005                                   Respectfully submitted,

- 2 -

    /s/ Claire Laporte
Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Sarah Cooleybeck  (BBO # 631161)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000
Attorneys for BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), undersigned counsel for plaintiffs certifies that she conferred with counsel for Columbia University on this motion and that counsel for Columbia University assented to this motion.

    /s/ Claire Laporte

SO ORDERED

_____
Hon. Mark L. Wolf