# TAB A

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

January 20, 2005

**VIA E-MAIL**

Claire Laporte, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

Re:   Biogen Idec Inc., et al. v. Columbia University

Dear Claire:

I am writing to follow up on our telephone conversation regarding the Request for Judicial Notice that we filed in support of Columbia's Motion to Dismiss. You indicated that you are unsure whether Columbia seeks judicial notice of the existence of the referenced documents or of the content of those documents. So that there is no misunderstanding, Columbia seeks judicial notice of the existence *and* content of the referenced documents. We believe that fact should be rather clear from the discussion of the referenced documents in the Memorandum of Law filed in support of the Motion to Dismiss.

Very truly yours,

David I. Gindler

1242946.