TAB C

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

January 21, 2005

**VIA E-MAIL**

Claire Laporte, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

      Re:    Biogen Idec Inc., et al. v. Columbia University

Dear Claire:

      I am writing in response to your letter of today's date. I do not understand your professed confusion regarding Columbia's Request for Judicial Notice. As I told you when we spoke on the telephone yesterday, Columbia is not asking the Court to accept as true the statements or opinions set forth in the documents. Columbia is only asking the Court to take judicial notice of the existence and content of each document (i.e., that the document exists and contains certain statements or opinions made by a particular party or person). Nor do I understand your suggestion that we withdraw and then re-file the Request for Judicial Notice "in a more particularized form." I believe that I have answered your only questions. It hardly seems necessary to re-file the Request for Judicial Notice simply to reiterate those answers within that document.

      Very truly yours,

David I. Gindler

1243819.