UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12009-MLW |

**ASSENTED-TO MOTION BY PLAINTIFFS FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM OF LAW IN OPPOSITION TO COLUMBIA'S (1) PARTIAL MOTION TO DISMISS UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND (2) PARTIAL MOTION TO DISMISS UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM**

Plaintiffs Biogen Idec Inc., Biogen Idec MA Inc., and Genzyme Corporation respectfully seek leave to file an overlength memorandum of law in opposition to Columbia University's partial motions to dismiss under Rule 12(b)(1) for lack of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim.  The length of the memorandum is necessary to address the wide variety of legal arguments that Columbia presented in its 44-page opening brief. Plaintiffs believe that consideration of such information will be helpful to the Court in resolving Columbia's motions.

Dated: February 11, 2005                    Respectfully submitted,

                                              /s/ Claire Laporte
                                              Donald R. Ware (BBO # 516260)
                                              Claire Laporte  (BBO # 554979)
                                              Sarah Cooleybeck  (BBO # 631161)
                                              Carla Miriam Levy  (BBO # 654212)
                                              FOLEY HOAG LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02210-2600
                                              Telephone:  (617) 832-1000
                                              Facsimile:  (617) 832-7000
                                              Attorneys for BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION

## CERTIFICATION OF COUNSEL

     Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs conferred with counsel for defendant Trustees of Columbia University ("Columbia"), who have assented to this motion.

                                              /s/ Claire Laporte

- 2 -