UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC INC., BIOGEN IDEC MA,
INC. and GENZYME CORPORATION,

               Plaintiffs,

       v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK,

               Defendant.

CIVIL ACTION No. 04-CV-12009-MLW

## DECLARATION OF CARLA M. LEVY

I, Carla M. Levy, declare as follows:

I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am

associated with the law firm of Foley Hoag LLP in Boston, Massachusetts, counsel for Biogen

Idec, Inc., Biogen Idec MA, Inc., and Genzyme Corporation. I base this declaration on my

personal knowledge unless otherwise stated.

1.     Attached at Tab 1 is a true and correct copy of Columbia University's Covenant

Not to Sue Plaintiffs for Infringement of the '275 Patent, which was filed in *In re Columbia*

*University Patent Litigation*, No. 04-MDL-01592 (D. Mass.), on September 1, 2004.

2.     Attached at Tab 2 is a true and correct copy of a Letter from David I. Gindler to

Counsel of Record for Plaintiffs, dated September 10, 2004.

3.     Attached at Tab 3 is a true and correct copy of Columbia University's Amended

and Restated Covenant Not to Sue Plaintiffs for Infringement of the '275 Patent, which was filed

in *In re Columbia University Patent Litigation*, No. 04-MDL-01592 (D. Mass.), on October 12, 2004.

4.      Attached at Tab 4 is a true and correct copy of an excerpt of Columbia University's Memorandum in Support of Emergency Motion to Dismiss, which was filed in *In re Columbia University Patent Litigation*, No. 04-MDL-01592 (D. Mass.), on September 2, 2004.

5.      Attached at Tab 5 is a true and correct copy of an excerpt of the Reply in Support of Columbia University's Motion to Dismiss, which was filed in *Amgen Manufacturing, Ltd. et al. v. Trustees of Columbia University*, No. 04-12626 (D. Mass.), on February 1, 2005.

6.      Attached at Tab 6 is a true and correct copy of a printout of the online U.S. District Court Civil Docket for *Trustees of Columbia University v. Genetics Institute, Inc.*, No. 1:90cv677 (D. Del.).

7.      Attached at Tab 7 is a true and correct copy of 45 C.F.R. §§ 8.0–8.7 (1980).

8.      Attached at Tab 8 is a true and correct copy of the Complaint for Declaratory Relief and Breach of Contract, which was filed in *Trustees of Columbia University v. Johnson & Johnson et al.*, No. C 03 04875 PJH (N.D. Cal.), on October 31, 2003.

9.      Attached at Tab 9 is a true and correct copy of an excerpt of the Answer of Columbia University and Counterclaims, which was filed in *Immunex Corp. et al. v. Trustees of Columbia University*, No. CV 03-4349-MRP(CWx) (C.D. Cal.), on February 12, 2004.

10.     Attached at Tab 10 is a true and correct copy of an excerpt of Defendant Columbia University's Memorandum of Law in Opposition to Motion for Preliminary Injunction, which was filed in *Biogen, Inc. et al. v. Trustees of Columbia University*, No. 03-11329-MLW (D. Mass.), on May 5, 2004.

11.     Attached at Tab 11 is a true and correct copy of a Letter from Michael J. Cleare,

Executive Director, Columbia University Science and Technology Ventures, to Biogen, Inc., dated March 9, 2004.

12.     Attached at Tab 12 is a true and correct copy of an excerpt from the transcript of a hearing held on June 22, 2004, in *Biogen, Inc. et al. v. Trustees of Columbia University*, No. 03-11329-MLW (D. Mass.).

13.     Attached at Tab 13 is a true and correct copy of an excerpt from the transcript of a hearing held on March 23, 2004, in *In re Columbia University Patent Litigation*, MDL No. 1592 (J.P.M.L.).

14.     Attached at Tab 14 is a true and correct copy of an except from the Reply Memorandum in Support of Columbia University's Motion to Stay Litigation, which was filed in *In re Columbia University Patent Litigation*, No. 04-MDL-01592 (D. Mass.), on June 18, 2004.

15.     Attached at Tab 15 is a true and correct copy of an excerpt from Columbia University's Memorandum of Law in Support of Its Motion to Stay Litigation, which was filed in *In re Columbia University Patent Litigation*, No. 04-MDL-01592 (D. Mass.), on June 10, 2004.

16.     Attached at Tab 16 is a true and correct copy of an excerpt from Columbia University's Supplemental Memorandum of Law on the Propriety of an Injunction, which was filed in *Biogen, Inc. et al. v. Trustees of Columbia University*, No. 03-11329-MLW (D. Mass.), on June 16, 2004.

17.     Attached at Tab 17 is a true and correct copy of Defendant Columbia University's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), which was filed in *Biogen, Inc. et al. v. Trustees of Columbia University*, No. 03-11329-MLW (D. Mass.), on October 8, 2003.

18.     Attached at Tab 18 is a true and correct copy of Defendant Columbia University's

Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), which was filed in *Wyeth et al. v. Trustees of Columbia University*, No. 03-11570-MLW (D. Mass.), on October 8, 2003.

19.    Attached at Tab 19 is a true and correct copy of a Letter from David I. Gindler to the Honorable Vaughn R. Walker, which was filed in *Genentech, Inc. v. Columbia University*, No. C-03-1603 VRW, on November 19, 2003.

20.    Attached at Tab 20 is a true and correct copy of Columbia University's Motion to Transfer Pursuant to 28 U.S.C. § 1407, which was filed in *In re Columbia University Patent Litigation*, MDL No. 1592 (J.P.M.L.), on November 25, 2003.

21.    Attached at Tab 21 is a true and correct copy of the License Agreement between the Trustees of Columbia University and Biogen, Inc., dated December 1993.

22.    Attached at Tab 22 is a true and correct copy of the License Agreement between the Trustees of Columbia University and Genzyme Corporation, dated February 1994.

23.    Attached at Tab 23 is a true and correct copy of a Letter from Charles Miller, Assistant Secretary for Health, Department of Health and Human Services, to Paul A. Marks, Vice President for Health Services, Trustees of Columbia University, dated February 24, 1981.

24.    Attached at Tab 24 is a true and correct copy of the License Agreement between the Trustees of Columbia University and Genetics Institute, Inc., dated July 31, 1990.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 11, 2005                         __/s/ Carla M. Levy_____
                                                  Carla M. Levy