# TAB 6

──────── Online Docket Sheet ────────

Pricing                                           my CourtLink    CourtLink Home

CourtLink obtained this docket on 11/3/1998.
This docket does not reflect any activity since that date.

If you need an updated docket, you need to **register and log in.**

# US District Court Civil Docket

## US District Court for the District of Delaware (Wilmington)

### 1:90cv677

### Trustees of Columbia, et al v. Genetics Inst, et al

This case was retrieved from the court on Tuesday, November 3, 1998

| | |
|---|---|
| Date Filed: **11/20/1990** | Class Code: **CLOSED** |
| Assigned To: **Judge Joseph J Farnan Jr** | Closed: **Yes** |
| Referred To: | Statute: **35:271** |
| Nature of suit: **Patent (830)** | Jury Demand: **Plaintiff** |
| Cause: **Patent Infringement** | Demand Amount: **$0** |
| Lead Docket: **None** | |
| Other Docket: **None** | |
| Jurisdiction: **Federal Question** | |

### Litigants | Attorneys

Trustees of Columbia University in the City of New York
PLAINTIFF

Jack B Blumenfeld
[COR LD NTC]
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington , DE  19899
USA
(302) 658-9200

v.

Genetics Institute, Inc
DEFENDANT

Jesse A Finkelstein
[COR LD NTC]
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington , DE  19899
USA
(302) 658-6541

| Date | # | Proceeding Text |
|---|---|---|

| Date | # | Description |
|---|---|---|
| 11/20/1990 | 1 | COMPLAINT filed; FILING FEE $ 120.00 (jy) [Entry date 02/06/91] |
| 11/20/1990 | 2 | SUMMONS W/RETURN OF SERVICE executed as to Genetics Institute c/o Corp. Trust 11/20/90 (sd) [Entry date 08/29/91] |
| 11/26/1990 | 3 | Report to Commissioner of Patents (exits orig. to Comm.) (sd) [Entry date 08/29/91] |
| 12/07/1990 | 4 | STIPULATION w/pro. order, time for deft. to answer ext. to 1/9/91 (sd) [Entry date 08/29/91] |
| 12/13/1990 | 5 | CASE assigned to Judge Joseph J. Farnan Jr. (copies to JJF, cnsl.) (sd) [Entry date 08/29/91] |
| 12/27/1990 | -- | So Ordered granting [4-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (sd) [Entry date 08/29/91] |
| 01/09/1991 | 6 | ANSWER to Complaint by Genetics Institute I (Attorney Jesse A. Finkelstein), (jy) [Entry date 02/06/91] |
| 01/17/1991 | 7 | MOTION by Genetics Institute I, to Transfer Case to D/Mass Opening brief due 1/31/91 re: [7-1] motion (jy) [Entry date 02/06/91] |
| 01/17/1991 | 8 | MEMORANDUM by Genetics Institute I in support of [7-1] motion to Transfer Case to D/Mass (jy) [Entry date 02/06/91] |
| 01/17/1991 | 9 | AFFIDAVIT of Ian Crawford Re: (jy) [Entry date 02/06/91] |
| 01/18/1991 | 10 | DEMAND for jury trial by Trustees Of Columbia (jy) [Entry date 02/06/91] |
| 01/29/1991 | 11 | MOTION by Trustees Of Columbia, to Strike affirm. defense [11-1] motion Opening brief due 2/12/91 re: [11-1] motion (jy) [Entry date 02/06/91] |
| 01/30/1991 | 12 | Opening Brief Filed by Trustees Of Columbia [11-1] motion to Strike affirm. defense [11-1] motion Answer Brief due 2/13/91 (jy) [Entry date 02/06/91] |
| 02/04/1991 | 13 | Answer Brief Filed by Trustees Of Columbia [7-1] motion to Transfer Case to D/Mass Reply Brief due 2/11/91 (jy) [Entry date 02/06/91] |
| 02/04/1991 | 14 | AFFIDAVIT of John P. White in opposition Re: [7-1] motion to Transfer Case to D/Mass (jy) [Entry date 02/06/91] |
| 02/07/1991 | 15 | MOTION by Trustees Of Columbia, for Donna A. Tobin to Appear Pro Hac Vice (maw) [Entry date 02/09/91] |
| 02/07/1991 | 16 | MOTION by Trustees Of Columbia, for John P. White to Appear Pro Hac Vice (maw) [Entry date 02/09/91] |
| 02/07/1991 | 17 | MOTION by Trustees Of Columbia, for Norman Zivin to Appear Pro Hac Vice (maw) [Entry date 02/09/91] |
| 02/07/1991 | 18 | MOTION by Genetics Institute I, for Ian Crawford to Appear Pro Hac Vice (maw) [Entry date 02/09/91] |
| 02/08/1991 | 19 | SCHEDULING ORDER setting Discovery cutoff 12/31/91 ; Joining of parties,amending of pleadings on 9/1/92 ; Pretrial conference for 10:00 10/1/92 ; Trial Date Deadline 10:00 11/10/92 ; See order for futher details ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (jy) [Entry date 02/13/91] |
| 02/08/1991 | 20 | ORDER, Motion Hearing set for 12:30 2/22/91 for [7-1] motion to Transfer Case to D/Mass ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (jy) [Entry date 02/13/91] |
| 02/08/1991 | 21 | Reply Brief Filed by Genetics Institute I [7-1] motion to Transfer Case to D/Mass (jy) [Entry date 02/13/91] |
| 02/08/1991 | -- | Tele-conference held Re:Rule 16 (jy) [Entry date 02/13/91] |
| 02/11/1991 | -- | So Ordered granting [15-1] motion for Donna A. Tobin to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (jy) [Entry date 02/13/91] |
| 02/11/1991 | -- | So Ordered granting [16-1] motion for John P. White to Appear Pro Hac Vice |

| Date | # | Description |
|---|---|---|
| | | ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (jy) [Entry date 02/13/91] |
| 02/11/1991 | -- | So Ordered granting [17-1] motion for Norman Zivin to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (jy) [Entry date 02/13/91] |
| 02/11/1991 | -- | So Ordered granting [18-1] motion for Ian Crawford to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (jy) [Entry date 02/13/91] |
| 02/13/1991 | 22 | RESPONSE by Genetics Institute I to [11-1] motion to Strike affirm. defense [11-1] motion (jy) [Entry date 02/14/91] |
| 02/13/1991 | 23 | MOTION by Genetics Institute I, for Leave to File amemded complaint re: [23-1] motion (jy) [Entry date 02/14/91] |
| 02/13/1991 | 24 | MEMORANDUM by Genetics Institute I in support of [23-1] motion for Leave to File amemded complaint (jy) [Entry date 02/14/91] |
| 02/20/1991 | 25 | Answer Brief Filed by Trustees Of Columbia in oppos. to [23-1] motion for Leave to File amemded answer; Reply Brief due 2/27/91 (sd) [Entry date 02/21/91] |
| 02/20/1991 | 26 | Reply Brief Filed by Trustees Of Columbia in supp. of [11-1] motion to Strike affirm. defense [11-1] motion (sd) [Entry date 02/21/91] |
| 02/22/1991 | -- | Motion hearing re: [11-1] motion to Strike affirm. defense [11-1] motion, [7-1] motion to Transfer Case to D/Mass Motion hearing held (maw) [Entry date 03/02/91] |
| 02/26/1991 | 27 | TRANSCRIPT filed [0-0] motion hearing for dates of 2/22/91 (Reporter E. Maurer) (maw) [Entry date 03/02/91] |
| 02/28/1991 | 28 | ORDER granting [23-1] motion for Leave to File amemded answer; denying [11-1] motion to Strike affirm. defense [11-1] motion ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl (maw) [Entry date 03/02/91] |
| 03/13/1991 | 29 | LETTER dtd. 3/13/91 from pltf. to court re Federal Circuit's decision of patent litigation between Amgen & Genetics Institute. (sd) [Entry date 03/20/91] |
| 03/20/1991 | 30 | CERTIFICATE OF SERVICE by Trustees Of Columbia Univ. 1st rqst. for prod. docs. to deft. (sd) [Entry date 03/22/91] |
| 03/20/1991 | 31 | AMENDED ANSWER to Complaint by Genetics Institute Inc. : amends [6-1] answer (sd) [Entry date 03/22/91] |
| 03/28/1991 | 32 | Letter dtd. 3/27/91 from pltf. (White) re clarification of court's 2/27/91 order. (sd) [Entry date 04/01/91] |
| 04/03/1991 | 33 | CERTIFICATE OF SERVICE by Genetics Institute Inc. 1st set of interrogs. & 1st set of rqsts. for prod. docs. (sd) |
| 04/12/1991 | 34 | MOTION by Trustees Of Columbia to Strike amended affirm. defenses Nos. 6, 7 & 9 of [31-1] answer; Opening brief due 4/26/91 re: [34-1] motion (sd) [Entry date 04/15/91] |
| 04/22/1991 | 35 | CERTIFICATE OF SERVICE by Genetics Institute resp. to pltf's 1st rqst. for prod. docs. (sd) [Entry date 04/23/91] |
| 04/26/1991 | 36 | Opening Brief Filed by Trustees Of Columbia in supp. of [34-1] motion to Strike amended affirm. defenses Nos. 6, 7 & 9 of [31-1] answer; Answer Brief due 5/10/91. (sd) [Entry date 04/29/91] |
| 04/26/1991 | 37 | MEMORANDUM OPINION ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (sd) [Entry date 04/29/91] |
| 04/26/1991 | 38 | ORDER denying [7-1] motion to Transfer Case to D/Mass ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (sd) [Entry date 04/29/91] |
| 05/09/1991 | 39 | STIPULATION w/pro. order that pltf. resp. to deft's 1st set of interrogs. & deft's 1st set of rqsts. for prod. docs. ext. til 6/3/91. (sd) [Entry date 05/10/91] |

| Date | # | Description |
|---|---|---|
| 05/10/1991 | -- | So Ordered granting [39-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (ko) [Entry date 05/13/91] |
| 05/10/1991 | 40 | RESPONSE by Genetics Institute I in opposition to [34-1] motion to Strike amended affirm. defenses Nos. 6, 7 & 9 of [31-1] answer (ko) [Entry date 05/13/91] |
| 05/10/1991 | -- | Deadline updated; set Reply Brief Deadline to 5/17/91 re: [34-1] motion to Strike amended affirm. defenses Nos. 6, 7 & 9 of [31-1] answer (ko) [Entry date 05/13/91] |
| 05/17/1991 | 41 | Reply Brief Filed by Trustees Of Columbia in supp. of [34-1] motion to Strike amended affirm. defenses Nos. 6, 7 & 9 of [31-1] answer (sd) [Entry date 05/20/91] |
| 06/03/1991 | 42 | STIPULATION and proposed order re all pending motions, discovery and trial are stayed pending a decision by the US Supreme Court in the case of Amgen vs. Chugai Pharmaceutical and Genetics Institute. See order for further details (dd) [Entry date 06/04/91] |
| 06/04/1991 | 43 | Letter dtd 6/4/91 from Judge Farnan to cnsl RE oral argument is not required on pltf's Motion to Strike Amended Affirmative Defenses. (dd) [Entry date 06/05/91] |
| 06/05/1991 | -- | So Ordered granting [42-1] stipulation (signed by Judge Joseph J. Farnan Jr.) Notice to all parties. (dd) [Entry date 06/06/91] |
| 11/04/1991 | 44 | STIPULATION of dismissal (lf) [Entry date 11/07/91] |
| 11/12/1991 | -- | So Ordered granting [44-1] dismissal stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sd) [Entry date 11/13/91] |
| 11/12/1991 | -- | Case closed (sd) [Entry date 11/13/91] |
| 11/12/1991 | -- | Exit copy final report to Comm. Patents & Trademarks (See D.I. 3) (sd) [Entry date 11/13/91] |

Copyright © 2004 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***