# TAB 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN, INC., GENZYME CORPORATION, and ABBOTT BIORESEARCH CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 03-11329-MLW<br><br>JURY TRIAL DEMANDED |

## DEFENDANT COLUMBIA UNIVERSITY'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves this Court for an order transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a) on the grounds that such transfer would serve the interests of justice and the convenience of the parties and witnesses.

The grounds for this motion are set forth in the concurrently filed (a) Defendant Columbia University's Memorandum in Support of Its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a); (b) the Affidavit of Jason G. Sheasby, Esq.; (c) the Affidavit of Michael J. Cleare, Ph.D.; and (d) the Affidavit of David I. Gindler, Esq. A proposed form of order is attached to this Motion.

Columbia is concurrently filing an identical motion to transfer the related case *Wyeth and Genetics Institute LLC v. The Trustees of Columbia University in the City of New York*, Case No. 03-CV-11570 (D. Mass.), also pending before this Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Columbia hereby requests oral argument on this motion.

Respectfully submitted,

The Trustees of Columbia University
in the City of New York

By its attorneys,

_____
Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Dated: October 8, 2003

## Certificate Of Compliance With Local Rule 7.1

I, Scott McConchie, hereby certify that on October 7 and 8, 2003, I conferred by telephone with Donald R. Ware, Claire Laporte, Peter E. Gelhaar and Marcus E. Sernel, counsel for the plaintiffs, with respect to the issues raised in this motion, and that that we were unable to resolve them.

_____
Scott McConchie

## Certificate Of Service

I, Scott McConchie, hereby certify that on October 8, 2003, I caused a true copy of the foregoing **Defendant Columbia University's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)** to be served on the following:

Counsel for Biogen, Inc. and
Genzyme Corporation:

**BY HAND**

Donald R. Ware, Esquire
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

Claire Laporte, Esquire
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

Counsel for Abbott Bioresearch
Center, Inc.:

**BY HAND**

Peter E. Gelhaar, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA 02108

**BY OVERNIGHT MAIL**

Mark A. Pals, Esquire
Kirkland & Ellis LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601

_____
Scott McConchie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN, INC., GENZYME CORPORATION, and ABBOTT BIORESEARCH CENTER, INC.,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                Defendant. | Civil Action No. 03-11329-MLW<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER OF TRANSFER

This matter having come before the Court upon the motion of defendant The Trustees of Columbia University in the City of New York for an order transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a), and the Court having been fully apprised in the premises, it is hereby ORDERED that the aforementioned motion is GRANTED.

 

                                              _____
                                              Honorable Mark L. Wolf
                                              United States District Judge

Boston, Massachusetts

Dated: