# TAB 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WYETH and GENETICS INSTITUTE LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 03-11570-MLW |

## DEFENDANT COLUMBIA UNIVERSITY'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves this Court for an order transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a) on the grounds that such transfer would serve the interests of justice and the convenience of the parties and witnesses.

The grounds for this motion are set forth in the concurrently filed (a) Defendant Columbia University's Memorandum in Support of Its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a); (b) the Affidavit of Jason G. Sheasby, Esq.; (c) the Affidavit of Michael J. Cleare, Ph.D.; and (d) the Affidavit of David I. Gindler, Esq. A proposed form of order is attached to this Motion.

Columbia is concurrently filing an identical motion to transfer the related case *Biogen, Inc., Genzyme Corporation, and Abbott Bioresearch Center, Inc. v. The Trustees of Columbia University in the City of New York*, Case No. 03-CV-11329 (D. Mass.), also pending before this Court.

## Certificate Of Service

I, Scott McConchie, hereby certify that on October 8, 2003, I caused a true copy of the foregoing **Defendant Columbia University's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)** to be served on the following:

| **BY HAND** | **BY OVERNIGHT MAIL** |
|---|---|
| Paul D. Popeo, Esquire<br>Choate Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 | Leora Ben-Ami, Esquire<br>Clifford Chance US LLP<br>200 Park Avenue<br>New York, NY 10166-0153 |

_____
Scott McConchie

1046128.                           - 3 -

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Columbia hereby requests oral argument on this motion.

Respectfully submitted,

The Trustees of Columbia University
in the City of New York

By its attorneys,

*/s/ Thomas F. Maffei*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Dated: October 8, 2003

## Certificate Of Compliance With Local Rule 7.1

I, Scott McConchie, hereby certify that on October 7, 2003, I conferred by telephone with Eric Marandett, counsel for the plaintiffs, with respect to the issues raised in this motion, and that that we were unable to resolve them.

*/s/ S. McC.*

Scott McConchie

1046128.                                    - 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WYETH and GENETICS INSTITUTE LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 03-11570-MLW |

### [PROPOSED] ORDER OF TRANSFER

This matter having come before the Court upon the motion of defendant The Trustees of Columbia University in the City of New York for an order transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a), and the Court having been fully apprised in the premises, it is hereby ORDERED that the aforementioned motion is GRANTED.

_____
Honorable Mark L. Wolf
United States District Judge

Boston, Massachusetts

Dated: