UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>　　　　Defendant. | CIVIL ACTION No. 04-CV-12009 MLW |

**COLUMBIA UNIVERSITY'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to District of Massachusetts Local Rule 7.1(B)(3), Defendant The Trustees of Columbia University in the City of New York ("Columbia") respectfully requests that the Court grant leave to file Columbia University's Reply Memorandum in Support of its Motion to Dismiss ("Reply"), submitted herewith.

Columbia believes that the Reply will assist the Court in reaching a decision on the pending Motion to Dismiss. Plaintiffs have assented to this motion.

February 25, 2005

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THE TRUSTEES OF COLUMBIA
　　　　　　　　　　　　　　　　UNIVERSITY IN THE CITY OF NEW YORK


　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　 /s/ David I. Gindler
　　　　　　　　　　　　　　　　David I. Gindler
　　　　　　　　　　　　　　　　Irell & Manella LLP

## CERTIFICATION OF COUNSEL

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that, on February 24, 2005, counsel for Columbia conferred with counsel for plaintiffs, who have assented to this motion.

                                                _____/s/ David I. Gindler____
                                                      David I. Gindler