UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12009 MLW |

**COLUMBIA UNIVERSITY'S ASSENTED-TO MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant The Trustees of Columbia University in the City of New York ("Columbia") respectfully seeks leave to file an overlength reply memorandum in support of its Motion to Dismiss. The additional pages are necessary to respond to plaintiffs' arguments relating to substantially all of the eight claims for relief set forth in the amended complaint, including arguments relating to legal theories not even asserted in the amended complaint.

February 25, 2005

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

 /s/ David I. Gindler
David I. Gindler
Irell & Manella LLP

## CERTIFICATION OF COUNSEL

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that, on February 24, 2005, counsel for Columbia conferred with counsel for plaintiffs, who have assented to this motion.

                                            _____/s/ David I. Gindler_____
                                                     David I. Gindler