UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC. and GENZYME CORPORATION<br><br>           Plaintiffs,<br>    v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>           Defendant. | Civil Action No. 04-CV-12009 MLW |

## NOTICE OF WITHDRAWAL OF COLUMBIA UNIVERSITY'S FIRST MOTION TO DISMISS SOLELY AS TO PLAINTIFF BIOGEN IDEC INC.

After meeting and conferring with Biogen Idec Inc., and in an attempt to narrow the issues before the Court, The Trustees of Columbia University in the City of New York ("Columbia") hereby withdraws its first Motion to Dismiss, filed on October 1, 2004, solely as to the claims asserted by Biogen Idec Inc. Columbia is not withdrawing its October 1, 2004 Motion to Dismiss as it relates to the claims asserted by Biogen Idec MA, Inc. or Genzyme Corporation. In addition, Columbia is not withdrawing any portion of its second Motion to Dismiss, filed on January 15, 2005.

Respectfully submitted,

                                                                THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

                                                                 /s/ David I. Gindler
                                                                 Irell & Manella LLP
                                                                 1800 Ave of the Stars, Suite 900
                                                                Los Angeles, CA 90067
                                                                 Telephone: (310)277-1010
                                                                Facsimile: (310)203-7199

Dated: June 10, 2005

1312603.1