UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
IN RE: COLUMBIA UNIVERSITY       )        MDL NO. 1592
PATENT LITIGATION                )
                                 )

BIOGEN IDEC INC., BIOGEN IDEC    )
MA, INC., AND GENZYME            )
CORPORATION,                     )
     Plaintiffs,                 )
                                 )
     v.                          )        C.A. No. 04-12009-MLW
                                 )
THE TRUSTEES OF COLUMBIA         )
UNIVERSITY IN THE CITY OF NEW    )
YORK,                            )
     Defendant.                  )
```

ORDER

WOLF, D.J.                                        August 5, 2005


     I recently ruptured my Achilles Tendon and have been directed

by my doctor not to conduct court proceedings in the near future.

Accordingly, the previously scheduled hearing in this matter is

hereby CANCELLED and will be rescheduled when my medical situation

permits.




                              ____/S/ MARK L. WOLF_____
                              UNITED STATES DISTRICT JUDGE