UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., and GENZYME CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION No. 04-12009-MLW<br><br>**STIPULATED ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST COLUMBIA UNIVERSITY** |

Whereas, Plaintiffs Biogen Idec Inc., Biogen Idec MA, Inc. and Genzyme Corporation (collectively, "Plaintiffs") filed this action on September 17, 2004, against Defendant The Trustees of Columbia University in the City of New York ("Defendant"); and

Whereas, the parties have entered into an agreement to settle Plaintiffs' claims against Defendant on certain terms and conditions set forth in their agreement;

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1. The Court has specific personal jurisdiction over the parties for purposes of this action only.

2. Plaintiffs' claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.



- 2 -

Dated: August 5, 2005                FOLEY HOAG LLP


                                     By: /s/ Donald R. Ware
                                         Donald R. Ware
                                         Attorneys for Plaintiffs
                                         Biogen Idec Inc., Biogen Idec MA, Inc. and
                                         Genzyme Corporation

Dated: August 5, 2005                IRELL & MANELLA LLP


                                     By: /s/ David I. Gindler
                                         David I. Gindler
                                         Attorneys for Defendant
                                         The Trustees of Columbia University in the
                                         City of New York

## ORDER

Pursuant to the Stipulation between Plaintiffs and Defendant, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has specific personal jurisdiction over the parties for purposes of this action only.

2. Plaintiffs' claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: August 9, 2005

_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE